IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY DEPARI, | CIVIL NO. 3:17-CV-0755 |
| Plaintiff, | |
| v. | Magistrate Judge Saporito |
| JESSE RUNYON, et al., | |
| Defendant | |

## ORDER

AND NOW, this **15th** day of **November, 2018**, counsel having advised the Court that the above-captioned action has been settled, **IT IS HEREBY ORDERED THAT** this action is hereby **DISMISSED,** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated. The Clerk of Court shall note the docket of this action accordingly.

*Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**