UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY DEPARI, EXECUTRIX, OF THE ESTATE OF LUIGI DEPARI,<br>　　Plaintiff,<br><br>v.<br><br>JESSE RUNYON, et al,<br>　　Defendants. | CIVIL ACTION NO. 3:17-cv-00755<br><br>(SAPORITO, M.J.) |

## **ORDER**

AND NOW, this 26th day of July, 2019, in accordance with the Memorandum filed contemporaneously herewith, IT IS HEREBY ORDERED as follows:

1. The motion to intervene (Doc. 77) filed by the Rutkowskis is **GRANTED**.

2. A telephonic conference with counsel for the parties and the intervenors is hereby scheduled for **Monday, August 5, 2019**, at **2:00 p.m**. for the purpose of discussing the court's proposed redactions

1

to the sealed documents and the procedure therewith. The court shall initiate the call.

                                                  ***s/Joseph F. Saporito, Jr.***
                                                  JOSEPH F. SAPORITO, JR.
                                                  U.S. Magistrate Judge

Dated: July 26, 2019